UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ATLANTIC CASUALTY INSURANCE
COMPANY,

       Plaintiff,

v.                                Case No:   2:14-cv-103-FtM-38DNF

4J'S FEED AND TACK WESTERN
WEAR, INC., JEANETTE KUSZLYK,
JOHN P. KUSZLYK and
MARGARET BACHMANN,

       Defendants.
_____/

## ORDER[1]

       This matter comes before the Court on Plaintiff's Notice of Voluntary Dismissal

(Doc. 40) filed on August 15, 2014. Federal Rule of Civil Procedure 41(a)(1)(A), allows a

plaintiff to dismiss a case without a court order.  The Rule reads in pertinent part:

> Subject to Rules 23(e), 23.1, 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
>
> (i)    A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or
>
> (ii)   A stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

In this instance, Plaintiff Atlantic Casualty Insurance Company asserts it voluntarily dismisses this action against all Defendants. Plaintiff states its notice is brought pursuant to the Florida Rule of Civil Procedure 1.420. For obvious reasons, this Court follows the Federal Rules of Civil Procedure and not the Florida Rules of Civil Procedure. Thus, Rule 41(a)(1)(A) is the proper rule that governs this notice.

In review of Rule 41(a)(1)(A), however, the Court finds Plaintiff's notice is deficient at this time. For example, at least one defendant, 4J's Feed and Tack Western Wear, Inc., has filed an answer in this case. (See doc. 26). Thus, Rule 41(a)(1)(A)(i) does not apply to this notice brought against all Defendants. In addition, Defendants have not signed the notice. Thus, Rule 41(a)(1)(A)(ii) does not apply to this notice. Due to these deficiencies, the Court finds this case is not dismissed at this time.

Accordingly, it is now

**ORDERED:**

Plaintiff, along with the Defendants, may file a proper notice of voluntary dismissal. Otherwise, the Parties are directed to proceed with this case.

**DONE** and **ORDERED** in Fort Myers, Florida this 19th day of August, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record