UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ATLANTIC CASUALTY INSURANCE
COMPANY,

       Plaintiff,

v.     Case No: 2:14-cv-103-FtM-38DNF

4J'S FEED AND TACK WESTERN
WEAR, INC., JEANETTE KUSZLYK,
JOHN P. KUSZLYK and
MARGARET BACHMANN,

       Defendants.
_____/

## **ORDER**[1]

This matter comes before the Court on Stipulation for Dismissal with Prejudice (Doc. 42) filed on August 21, 2014. Federal Rule of Civil Procedure 41(a)(1)(A), allows a plaintiff to dismiss a case without a court order.  The Rule reads in pertinent part:

> Subject to Rules 23(e), 23.1, 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
> (i)    A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or
> (ii)   A stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

In this instance, all Parties indicate this matter is dismissed with prejudice and each party will bear their own attorney's fees and costs. All Parties have signed the stipulation. Thus, this matter is due to be dismissed with prejudice.

Accordingly, it is now

**ORDERED:**

Pursuant to the Parties' Stipulation for Dismissal with Prejudice and Rule 41(a)(1)(A)(ii), the Third Amended Complaint ([Doc. 10](Doc. 10)) is **DISMISSED with prejudice**.

**DONE** and **ORDERED** in Fort Myers, Florida this 22nd day of August, 2014.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record